| | |
|---|---|
| 1 | Kristin Zilberstein, Esq. (SBN: 200041) |
| | LAW OFFICES OF MICHELLE GHIDOTTI |
| 2 | 1920 Old Tustin Ave. |
| | Santa Ana, CA 92705 |
| 3 | Tel: (949) 427-2010 |
| | Fax: (949) 427-2732 |
| 4 | kzilberstein@ghidottilaw.com |
| 5 | Attorney for Creditor |
| | Bosco Credit LLC |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In Re: | ) Case No.: 18-41989 |
| | ) |
| Jose A Loza, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) **REQUEST FOR SPECIAL NOTICE** |
| | ) |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that THE LAW OFFICES OF MICHELLE GHIDOTTI, attorneys for Bosco Credit LLC hereby requests special notice of all events relevant to the above referenced bankruptcy and copies of all pleadings or documents filed in relation to the above referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1

THE LAW OFFICES OF MICHELLE GHIDOTTI, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Kristin Zilberstein, Esq.
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave
Santa Ana, CA 92705
Telephone (949) 427-2010 – Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    c.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

///
///
///
///
///
///

2
REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND INFORMATION OF RIGHTS

Case: 18-41989　　Doc# 12　　Filed: 09/10/18　　Entered: 09/10/18 09:38:19　　Page 2 of 5

1  All of the above rights are expressly reserved and preserved by this party without exception and
2  with no purpose of confessing or conceding jurisdiction in any way by this filing or by any
3  other participation in these matters.
4
5                                              THE LAW OFFICES OF MICHELLE
                                               GHIDOTTI
6
7  Dated: September 10, 2018                   By:/s/ Kristin Zilberstein, Esq.
                                               KRISTIN ZILBERSTEIN
8                                              Attorneys for Bosco Credit LLC

| | |
|---|---|
| 1 | Kristin Zilberstein, Esq. (SBN: 200041) |
| 2 | Jennifer Bergh, Esq. (SBN: 305219) |
| | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 3 | LAW OFFICES OF MICHELLE GHIDOTTI |
| | 1920 Old Tustin Ave. |
| 4 | Santa Ana, CA 92705 |
| | Ph: (949) 427-2010 |
| 5 | Fax: (949) 427-2732 |
| 6 | kzilberstein@ghidottilaw.com |
| 7 | Authorized Agent for Creditor |
| | Bosco Credit LLC |
| 8 | |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In Re: ) CASE NO.: 18-41989
)
Jose A Loza, ) CHAPTER 13
)
Debtors. ) **CERTIFICATE OF SERVICE**
)

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

1

CERTIFICATE OF SERVICE
Case: 18-41989   Doc# 12   Filed: 09/10/18   Entered: 09/10/18 09:38:19   Page 4 of 5

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On September 10, 2018 I served the following documents described as:

- **REQUEST FOR SPECIAL NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Jose A Loza<br>335 Burbank Rd<br>Antioch, CA 94509 | **Trustee**<br>Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540 |
|---|---|
| **Debtor's Counsel**<br>Marianne Elizabeth Malveaux<br>Law Office of Marianne Malveaux<br>PO Box 21144<br>El Sobrante, CA 94820 | **U.S. Trustee**<br>Office of the U.S. Trustee/Oak<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |

_xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Executed on September 10, 2018 at Santa Ana, California

/*s / Krystle Miller*
Krystle Miller

2