# UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | | |
|---|---|---|
| In Re: | Jose A Loza | Case No.: 18–41989 RLE 13 |
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

    **Notice is hereby given** that the debtor(s) failed to comply with this court's Order for Individuals In Chapter 13 Case To File Required Documents and Notice of Automatic Dismissal , filed on August 28, 2018 . Therefore, it is ordered that this case be **dismissed**.

Dated: 9/11/18

By the Court:

Roger L. Efremsky
United States Bankruptcy Judge